UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Habib Diallo, | File No. 26-CV-01236 (JMB/JFD) |
|     Plaintiff, | |
| v. | **ORDER** |
| Pam Bondi, Attorney General, Kristi Noem, Secretary, US Department of Homeland Security, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
|     Defendants. | |

This matter has been assigned to the undersigned. Pursuant to 28 U.S.C. § 455, the undersigned recuses himself from hearing this matter.

**THEREFORE, IT IS HEREBY ORDERED** that, pursuant to this Court's Order for Assignment of Cases dated July 19, 2021, this action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned action.

Dated: February 9, 2026            /s/ *Jeffrey M. Bryan*
                                                              Judge Jeffrey M. Bryan
                                                              United States District Court