# UNITED STATES DISTRICT COURT
## District of Minnesota

Habib Diallo,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01236-KMM-JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is GRANTED IN PART and DENIED IN PART.
2. If Petitioner wishes to file a Reply addressing whether the document provided by Respondents is a warrant that satisfies § 1226(a), Petitioner must do so no later than February 13, 2026, as previously ordered. (Dkt. 4 ¶ 3.)
3. Respondents are ORDERED to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) by February 16, 2026.
4. Respondents are ORDERED to file an update on the docket by noon on February 18, 2026 demonstrating to the Court that such a hearing has taken place.

The Remainder of Petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/10/2026

KATE M. FOGARTY, CLERK