# UNITED STATES DISTRICT COURT
## District of Minnesota

Habib Diallo

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood

Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01236-KMM/JFD**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Habib D.'s Motion to Show Cause (Dkt. 12) is GRANTED.

2. Respondents are ordered to either:

    a. File a certification on or before 12:00 PM on February 18, 2026, stating that Habib D. received a bond hearing by February 16, 2026 pursuant to the Court's previous Order; or

    b. Release Habib D. no later than February 18, 2026 at 5:00 PM CT. Because Respondents were previously ordered to return Habib D. to Minnesota, the Court assumes he will be released in the District of Minnesota. Respondents must also release Habib D. without any new conditions and with all of his personal property and documents. That property may not be altered by Respondents and must be returned in the same condition as when it was taken. If Habib D. is released, Respondents must file a notice detailing the time and place of his release no later

than 12:00 PM on February 19, 2026.

c. The Clerk of Court is directed to amend the judgment accordingly.

Date: 2/18/2026

KATE M. FOGARTY, CLERK